**Joann PRICE, Plaintiff–Appellant,**

v.

**Tommy G. THOMPSON, Secretary, United States Department of Health and Human Services, Defendant–Appellee.**

**No. 01–2273.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 28, 2002.

JoAnn Price, Appellant Pro Se. Ariana Wright Arnold, Office of the United States Attorney, Baltimore, Maryland; Marcia Ellen Anderson, Social Security Administration, Baltimore, Maryland, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

JoAnn Price appeals the district court's order adopting the magistrate judge's report and recommendation, dismissing her claims for disability insurance benefits and supplemental security income payments. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Price v. Thompson,* No. CA–00–3254–L (D.Md. Sept. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*